JACKSONVILLE GAS COMPANY, a corporation, and AETNA CASU-
ALTY & SURETY COMPANY, a corporation, v. BEN BRONSON.

15 So. (2nd) 754                                             June Term, 1943
December 3, 1943                                             Division A

*Harry T. Gray, Marks, Marks, Holt, Gray & Yates,* for
appellants.

*John E. Lake,* for appellee.

ADAMS, J.:

This appeal is from a judgment of the circuit court re-
versing an order of the Florida Industrial Commission.

Claimant was injured within the course of his employ-
ment and received compensation for a period of time, recog-
nized by his employer as covering his disabilities. The claim-
ant being of the opinion that he was further disabled applied
for a hearing which was granted.

The deputy commissioner heard the testimony for both
parties and found that the testimony preponderated adversely
to the claimant and so found. This finding was approved
by the full commission. On appeal to the circuit court the
findings of the deputy commissioner and the full commission
were reversed.

We have examined the evidence in its entirety and find it
insufficient to sustain the judgment appealed from, therefore
the judgment is reversed.

Reversed.

BUFORD, C. J., TERRELL and CHAPMAN, JJ., concur.